**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATON**

|  |  |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiffs the People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District hereby notify the Panel of the following related action to *In re: Fire Apparatus Antitrust Litigation*, MDL No. 3179:

> *People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District v. REV Group, Inc., et al.*, No. 3:26-cv-02045 (S.D. Cal. filed April 1, 2026)

Plaintiffs are represented by the same outside counsel who represent the plaintiffs in *People of the State of California, et al. v. REV Group, Inc., et al.*, No. 26-cv-01468 (C.D. Cal.) (the "*County of Los Angeles* Action"); *Ebbetts Pass Fire Protection District v. REV Group, Inc., et al.*, No. 2:26-cv-02926 (C.D. Cal.) (the "*Ebbetts Pass* Action"); and *The City of Santa Barbara v. REV Group, Inc., et al.*, No. 2:26-cv-03045 (C.D. Cal.) (the "*City of Santa Barbara* Action"), who filed similar complaints in the Central District of California on February 12, 2026, March 18, 2026, and March 20, 2026, respectively. *See* ECF No. 52 (Notice of Related Action filed by Defendants as to the *County of Los Angeles* Action); ECF No. 96 (Notice of Related Action filed by Plaintiff Ebbetts Pass Fire Protection District); ECF No. 103 (Notice of Related Action filed by Plaintiff the City of Santa Barbara).

This action is a related action to the *County of Los Angeles* Action, the *Ebbetts Pass* Action, and the *City of Santa Barbara* Action. For the reasons set forth in the Interested Party Responses of the *County of Los Angeles* Action and *Ebbetts Pass* Action Plaintiffs (ECF Nos. 59 and 98), Plaintiffs the People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District oppose centralization with the other actions identified in Defendants' Motion to Transfer and, in the alternative, support centralization in the Central District of California before the Honorable Anne Hwang, either as a separate multidistrict litigation with the *County of Los Angeles* Action, the *Ebbetts Pass* Action, and the *City of Santa Barbara* Action, or as a combined multidistrict litigation with the other cases identified in Defendants' Motion to Transfer.

The related action is listed in the attached Schedule of Actions. The docket sheet and complaint for the related action are attached as Exhibit A.

Dated: April 2, 2026

Respectfully Submitted,

/s/ Catherine S. Simonsen

| | |
|---|---|
| John P. Fiske | Catherine S. Simonsen |
| Lindsay Stevens | Thomas G. Mattes |
| **BARON & BUDD, P.C.** | **SIMONSEN SUSSMAN LLP** |
| 11440 West Bernardo Court, | 418 Bamboo Lane |
| Suite 265 | Suite C-18 |
| San Diego, CA 92127 | Los Angeles, CA 90012 |
| Tel: (858) 251-7424 | Tel: (917) 747-5196 |
| Fax: (214) 523-6600 | Fax: (913) 262-0058 |
| jfiske@baronbudd.com | catherine@simonsensussman.com |
| lstevens@baronbudd.com | thomas.mattes@simonsensussman.com |

Nicolas A. Stebinger
Victoria R. Sims
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006

Tel: (202) 384-3130
Fax: (913) 262-0058
nicolas@simonsensussman.com
victoria.sims@simonsensussman.com

Shaoul Sussman
Nico Gurian
Paul M. Goodrich
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
Tel: (646) 693-3929
Fax: (913) 262-0058
shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com

*Counsel for Plaintiffs the People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District*