## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATON

| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |
|---|---|

## SCHEDULE OF ACTIONS

| Exhibit | Parties | Court | Case No. | Judge |
|---|---|---|---|---|
| A | **Plaintiffs**: The People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District<br><br>**Defendants**: REV Group, Inc., E-ONE, Inc., Kovatch Mobile Equipment Corp., KME Global, LLC, KME Holdings, LLC, KME RE Holdings LLC, Ferrara Fire Apparatus, Inc., FFA Holdco, Inc., FFA Acquisition Co., Inc., Ferrara Fire Apparatus Holding Company, Inc., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, Smeal Holding, LLC, Detroit Truck Manufacturing, LLC, AIP, LLC, American Industrial Partners Capital Fund IV LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, AIP/CHC Investors, LLC, Oshkosh Corporation, Pierce Manufacturing Inc., Maxi-Métal, Inc., Boise Mobile Equipment, Inc., BME Fire Trucks LLC | S.D. Cal. | Case No. 3:26-cv-02045 (S.D. Cal.) | Hon. Todd W. Robinson |