IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

MDL No. 3179 – **IN RE: FIRE APPARATUS ANTITRUST LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the Eastern District of Wisconsin consents to the assignment of the actions involved in the above-described litigation to the Honorable William C. Griesbach for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary, such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).



_____
Chief Judge

Date:    April 3, 2026

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. Josh R. Bullock, Acting Clerk of the Panel, Judicial Panel on Multidistrict Litigation **@ fax number 202-502-2888 or email address MDLPanelOrders@JPML.USCOURTS.GOV**.

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED BY THE PANEL**.

**SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL EXECUTIVE, Josh R. Bullock, at 202-502-2800**.