**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE: FIRE APPARATUS ANTITRUST LITIGATION**                    **MDL No. 3179**


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO –1)**


On April 3, 2026, the Panel transferred 3 civil action(s) to the United States District Court for the Eastern District of Wisconsin for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* MDL No. 3179, ECF No. 112 (J.P.M.L. 2026). Since that time, no additional action(s) have been transferred to the Eastern District of Wisconsin. With the consent of that court, all such actions have been assigned to the Honorable William C. Griesbach.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Wisconsin and assigned to Judge Griesbach.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Wisconsin for the reasons stated in the order of April 3, 2026, and, with the consent of that court, assigned to the Honorable William C. Griesbach.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Wisconsin. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.


FOR THE PANEL:

Josh R. Bullock
Acting Clerk of the Panel

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION**            MDL No. 3179

### SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 26–01468 | People of The State of California et al v. REV Group, Inc. et al |
| CAC | 2 | 26–02926 | Ebbetts Pass Fire Protection District v. REV Group, Inc. et al |
| CAC | 2 | 26–03045 | The City of Santa Barbara v. REV Group, Inc. et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 26–02045 | People of the State of California et al v. Rev Group, Inc. et al |
| **KANSAS** | | | |
| KS | 2 | 26–02057 | Unified Government of Wyandotte County and Kansas City, Kansas v. REV Group, Inc. et al |
| **OKLAHOMA WESTERN** | | | |
| OKW | 5 | 26–00515 | Shawnee City of Oklahoma et al v. Oshkosh Corporation et al |