**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATON**

IN RE: FIRE APPARATUS
ANTITRUST LITIGATION

MDL No. 3179

**CALIFORNIA ACTION PLAINTIFFS' JOINT NOTICE OF
CONSENT TO TRANSFER AND NON-OPPOSITION TO CTO-1**

Pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), and in light of the Panel's Transfer Order of April 3, 2026 (ECF No. 112) and Conditional Transfer Order (CTO-1) dated April 6, 2026 (ECF No. 113), Plaintiffs in the following actions subject to CTO-1 hereby provide notice of their consent to and intent not to oppose the transfer of such actions to the Eastern District of Wisconsin for inclusion in coordinated or consolidated pretrial proceedings before Judge Griesbach:

- *People of the State of California, acting by and through the Los Angeles County Counsel; County of Los Angeles; and Consolidated Fire Protection District of Los Angeles County v. REV Group, Inc., et al.*, No. 26-cv-01468 (C.D. Cal. filed Feb. 12, 2026);

- *Ebbetts Pass Fire Protection District v. REV Group, Inc., et al.*, No. 2:26-cv-02926 (C.D. Cal. filed Mar. 18, 2026);

- *The City of Santa Barbara v. REV Group, Inc., et al.*, No. 2:26-cv-03045 (C.D. Cal. filed Mar. 20, 2026);

- *People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District v. REV Group, Inc., et al.*, No. 3:26-cv-02045 (S.D. Cal. filed April 1, 2026).

1

Dated: April 7, 2026

John P. Fiske
Lindsay Stevens
**BARON & BUDD, P.C.**
11440 West Bernardo Court,
Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
Fax: (214) 523-6600
jfiske@baronbudd.com
lstevens@baronbudd.com

Respectfully Submitted,

/s/ Catherine S. Simonsen
Catherine S. Simonsen
Thomas G. Mattes
**SIMONSEN SUSSMAN LLP**
418 Bamboo Lane
Suite C-18
Los Angeles, CA 90012
Tel: (917) 747-5196
Fax: (913) 262-0058
catherine@simonsensussman.com
thomas.mattes@simonsensussman.com

Nicolas A. Stebinger
Victoria R. Sims
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 384-3130
Fax: (913) 262-0058
nicolas@simonsensussman.com
victoria.sims@simonsensussman.com

Shaoul Sussman
Nico Gurian
Paul M. Goodrich
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
Tel: (646) 693-3929
Fax: (913) 262-0058
shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com

*Counsel for Plaintiffs People of the State of California, acting by and through the Los Angeles County Counsel, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County; Plaintiff Ebbetts Pass Fire Protection District; Plaintiff the City of Santa Barbara; and Plaintiffs the People of the State of California, acting by and through the Office of County Counsel, County of San Diego, County of San Diego, and San Diego County Fire Protection District*

2