**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FIRE APPARATUS ANTITRUST LITIGATION** | **MDL No. 3179** |

## NOTICE OF OPPOSITION (CTO-1)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, plaintiff City of Shawnee, Oklahoma opposes the transfer of actions listed on the attached Schedule of Actions as it relates to this Conditional Transfer Order (CTO-1).

**DATED:** This 13th day of April 2026.          Respectfully Submitted,

By: */s/ Matthew J. Sill*
Matthew J. Sill
FULMER SILL, PLLC
14005 N. Eastern Avenue
Edmond, Oklahoma 73013
Telephone: (405) 509-6300
Facsimile: (405) 509-6268
msill@fulmersill.com

*Attorneys for Plaintiff City of Shawnee, Oklahoma*