**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

IN RE: FIRE APPARATUS ANTITRUST LITIGATION

MDL No. 3179

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 6.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff The City of Fullerton, California, acting by and through its counsel, hereby notify the Panel of the following potential tag-along action involving questions of fact and law common to the actions consolidated in MDL No. 3179 in the Eastern District of Wisconsin by the Panel's Transfer Order dated April 3, 2026, *In re Fire Apparatus Antitrust Litig.*, MDL No. 3179, ECF No. 112, Transfer Order (J.P.M.L. Apr. 3, 2026):

*The City of Fullerton v. Oshkosh Corp et al*, 8:26-cv-00956 (C.D. Cal.)

The potential tag-along action is listed in the attached Schedule of Actions. The docket sheet and complaint for the action are attached as Exhibit A. The City of Fullerton respectfully requests that the Panel issue a conditional transfer order pursuant to Rule 7.1.

Dated: April 21, 2026

Respectfully submitted,

By: */s/ Michael E. Klenov*

Michael E. Klenov (Cal. Bar No. 277028)
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
Saint Louis, MO 63101
Tel.: (314) 241-4844

George A. Zelcs (N.D. Il. Bar No. 3123738)
gzelcs@koreintillery.com
Daniel A. Epstein (N.D. Il. Bar No. 6320580)
depstein@koreintillery.com
Labeat Rrahmani (N.D. Il. Bar No. 6340286)
lrrahmani@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL  60601
Tel.: (312) 641-9750

*Counsel for Plaintiff The City of Fullerton, California*