**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATON**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff City of Allentown hereby notifies the Panel of the following potential tag-along action:

*City of Allentown v. REV Group, Inc., et al.*, Case No. 5:26-cv-02649 (E.D. Pa.).

The potential tag-along action is listed in the attached Schedule of Actions. The docket sheet and complaint for the action are attached as Exhibit A.

Dated: April 22, 2026

Respectfully Submitted,

/s/ John P. Fiske

<div style="display:flex">

<div>

Catherine S. Simonsen
Thomas G. Mattes
**SIMONSEN SUSSMAN LLP**
418 Bamboo Lane
Suite C-18
Los Angeles, CA 90012
Tel: (917) 747-5196
Fax: (913) 262-0058
catherine@simonsensussman.com
thomas.mattes@simonsensussman.com

Shaoul Sussman
Nico Gurian
Paul M. Goodrich
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
Tel: (646) 693-3929

</div>

<div>

John P. Fiske
Lindsay Stevens
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
Fax: (214) 523-6600
jfiske@baronbudd.com
lstevens@baronbudd.com

Nicolas A. Stebinger
Victoria R. Sims
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 384-3130
Fax: (913) 262-0058
nicolas@simonsensussman.com

</div>

</div>

1

2

Fax: (913) 262-0058
shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com

victoria.sims@simonsensussman.com

*Counsel for Plaintiff City of Allentown*