**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Notice of Potential Tag-Along Action and Exhibit A thereto, Schedule of Actions, and this Amended Certificate of Service were electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system and served on all parties in the manner set forth in the service lists below.

Dated: April 24, 2026

Respectfully submitted,

By: */s/ Michael E. Klenov*
Michael E. Klenov (Cal. Bar No. 277028)
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
Saint Louis, MO 63101
Tel.: (314) 241-4844

*Counsel for Plaintiff The City of Fullerton, California*

| Via Electronic Mail | |
|---|---|
| Charles Crueger cjc@cruegerdickinson.com Benjamin Kaplan bak@cruegerdickinson.com CRUEGER DICKINSON LLC 4532 North Oakland Avenue Milwaukee, WI 53211 414-210-3868 | Shawn M. Raiter sraiter@larsonking.com Matthew B. Bolt mbolt@larsonking.com LARSON KING, LLP 30 East Seventh Street, Suite 2800 St. Paul, MN 55101 651-312-6518 |
| Steven W. Berman | Michael J. Flannery |

steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO
LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
206-623-7292

*Counsel for Plaintiff City of La Crosse, Case
No. 1:25-cv-01252 (E.D. Wis.)*

mflannery@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
2 City Place Drive, Second Floor
St. Louis, MO 63141
314-226-1015

Evelyn Riley
evelyn@cuneolaw.com
Cody McCracken
cmccracken@cuneolaw.com
CUNEO GILBERT & LADUCA, LLP
2445 M Street NW, Suite 740
Washington, DC 20037
202-789-3960

Marco Cercone
cercone@rupppfalzgraf.com
RUPP PFALZGRAF LLC
1600 Liberty Building
Buffalo, NY 14202
716-854-3400

Don Barrett
donbarrettpa@gmail.com
Sterling Aldridge
saldridge@barrettlawgroup.com
BARRETT LAW GROUP, P.A.
404 Court Square North
Lexington, MS 39095-0927
662-834-9168

Richard R. Barrett
rrb@rrblawfirm.net
LAW OFFICES OF RICHARD R.
BARRETT, PLLC
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
662-380-5018

Patrick W. Pendley
pwpendley@pbclawfirm.com
Christopher L. Coffin
ccoffin@pbclawfirm.com
PENDLEY BAUDIN COFFIN
24110 Eden Street
Plaquemine, LA 70765

| | 225-687-6396 |
|---|---|
| | *Counsel for Plaintiff The Newstead Fire Co., Inc., Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693 (E.D. Wis.)* |
| Stephen R. Basser<br>sbasser@barrack.com<br>Samuel M. Ward<br>sward@barrack.com<br>BARRACK, RODOS & BACINE<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>619-230-0800<br><br>Jeffrey A. Barrack<br>jbarrack@barrack.com<br>Danielle M. Weiss<br>dweiss@barrack.com<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>215-963-0600<br><br>William J. Ban<br>wban@barrack.com<br>BARRACK, RODOS & BACINE<br>Eleven Times Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>212-688-0782<br><br>*Counsel for  Plaintiff City of Philadelphia, Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01801 (E.D. Wis.)* | David H. Weber<br>dhw@lcojlaw.com<br>LAW FIRM OF CONWAY, OLEJNICZAK & JERRY S.C.<br>231 South Adams Street<br>P. O. Box 23200<br>Green Bay, WI 54305-3200<br>920-437-0476<br><br>Michael A. Williams<br>mwilliams@williamsdirks.com<br>Matthew L. Dameron<br>matt@williamsdirks.com<br>Claire M. Terrebonne<br>cterrebonne@williamsdirks.com<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Suite 2600<br>Kansas City, MO 64105<br>816-945-7110<br><br>*Counsel for  Plaintiff City of Liberty, Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-02002 (E.D. Wis.)* |
| Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54602<br>608-784-5678<br><br>Kevin Landau | Christian Uehlein<br>cuehlein@tenlaw.com<br>David C. Strouss<br>dstrouss@tenlaw.com<br>Michael A. Lesser<br>mlesser@tenlaw.com<br>Brian J. Freer<br>bfreer@tenlaw.com<br>THORNTON LAW FIRM LLP |

3

| | |
|---|---|
| klandau@tcllaw.com<br>Brett Cebulash<br>bcebulash@tcllaw.com<br>Miles Greaves<br>mgreaves@tcllaw.com<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>212-931-0704<br><br>*Counsel for Plaintiff Commack Fire District,*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-02013*<br>*(E.D. Wis.)* | 84 State Street, 4th Floor<br>Boston, MA 02109<br>617-720-1333<br><br>Joseph R. Saveri<br>jsaveri@saverilawfirm.com<br>David Seidel<br>dseidel@saverilawfirm.com<br>Cadio Zirpoli<br>czirpoli@saverilawfirm.com<br>Ronnie Spiegel<br>rspiegel@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>415-500-6800<br><br>Benjamin J. Widlanski<br>bwidlanski@kttlaw.com<br>Gail A. McQuilkin<br>gam@kttlaw.com<br>Brandon Sadowsky<br>bsadowsky@kttlaw.com<br>KOZYAK TROPIN & THROCKMORTON<br>LLP<br>2525 Ponce de Leon Boulevard, 9th Floor<br>Miami, FL 33134<br>305-372-1800<br><br>Jeffrey K. Brown<br>jbrown@leedsbrownlaw.com<br>Michael A. Tompkins<br>mtompkins@leedsbrownlaw.com<br>Brett R. Cohen<br>bcohen@leedsbrownlaw.com<br>Anthony Alesandro<br>aalesandro@leedsbrownlaw.com<br>LEEDS BROWN LAW, P.C.<br>1 Old Country Road, Suite 347<br>Carle Place, NY 11514<br>516-873-9550<br><br>*Counsel for Plaintiff City of Revere, Case*<br>*No. 1:25-cv-13462 (D. Mass.)* |
| Victor A. Afanador | Arthur J Burke |

4

| | |
|---|---|
| vafanador@litedepalma.com<br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br><br>Laura K. Mummert<br>lmummert@litedepalma.com<br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for  Plaintiff Borough of Roseland,*<br>*Case No. 2:25-cv-18312 (D.N.J.)* | arthur.burke@davispolk.com<br>Edmund Polubinski, III<br>edmund.polubinski@davispolk.com<br>Lara Samet Buchwald<br>lara.buchwald@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave<br>New York, NY 10017<br>212-450-4352<br><br>Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>sean.stefanik@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000<br><br>austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Ena M. Allen<br>ena.allen@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>414-277-0656<br><br>*Counsel for  Defendants REV Group, Inc.,*<br>*EOne, Inc., Ferrara Fire Apparatus, Inc.,*<br>*Kovatch Mobile Equipment Corp., Spartan*<br>*Fire, LLC, Smeal SFA, LLC, Smeal LTC,*<br>*LLC, KME Global LLC, KME Holdings, LLC,*<br>*KME RE Holdings LLC, FFA Holdco, Inc.,*<br>*FFA Acquisition Co., Inc., Ferrara Fire*<br>*Apparatus Holding Company, Inc., Smeal*<br>*Holding, LLC, and Detroit Truck*<br>*Manufacturing, LLC, Case Nos. 1:25-cv-*<br>*01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-*<br>*cv-01717, 1:25-cv-01801, 1:25-cv-01973,*<br>*1:25-cv-02002, 1:25-cv-02005, 1:25-cv-*<br>*02013, 1:26-cv-00271 (E.D. Wis.); Case Nos.*<br>*1:25-cv-13462, 1:25-cv-13643 (D. Mass.);* |

5

| | |
|---|---|
| | *Case No. 2:25-cv-18312 (D.N.J.); Case No. 2:26-cv-02057 (D. Kan.); Case No. 26-cv-515 (W.D. Okla.); Case No. 2:26-cv-01468 (C.D. Cal.); Case No. 2:26-cv-02926 (C.D. Cal.); Case No. 2:26-cv-03045 (C.D. Cal.); Case No. 3:26-cv-02045 (S.D. Cal.); Case No. 2:26-cv-00284 (D. Utah); Case No. 2:26-cv-03725 (C.D. Cal.); Case No. 2:26-cv-03756 (C.D. Cal.); Case No. 3:26-cv-00548 (D. Conn.); Case No. 3:26-cv-00742 (D. Or.); Case No. 3:26-cv-02412 (S.D. Cal.)* |
| John P. Loringer<br>john.loringer@wilsonelser.com<br>Marcella Spoto<br>marcella.spoto@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER LLP<br>555 E. Wells Street, Suite 1730<br>Milwaukee, WI 53202<br>414-292-3014<br><br>Roy W Bjorlin, III<br>roy.bjorlin@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>260 Franklin Street, Suite 14th Floor<br>Boston, MA 02110-3112<br>617-422-5347<br>Mark Robert Vespole<br>mark.vespole@wilsonelser.com<br>WILSON ELSER MOSKOWITZ<br>EDELMAN & DICKER, LLP<br>7 Giralda Farms, Suites 100/110<br>Madison, NJ 07940<br>973-624-0800<br><br>*Counsel for Defendant Fire Apparatus Manufacturers' Association, Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis.); Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312 (D.N.J.); Case No. 26-cv-515 (W.D. Okla.)* | Will Bennett<br>wbennett@sdvlaw.com<br>Saxe Doernberger & Vita P.C.<br>One BetterWorld Circle<br>Temecula, CA 92590<br>(951) 365-3145<br><br>*Counsel for Defendants Boise Mobile Equipment, Inc. BME Fire Trucks LLC, Case No. 2:26-cv-01468 (C.D. Cal.;)*<br>*Case No. 2:26-cv-02926 (C.D. Cal.); Case No. 2:26-cv-03045 (C.D. Cal.); Case No. 3:26-cv-02045 (S.D. Cal.); Case No. 2:26-cv-00284 (D. Utah); Case No. 2:26-cv-03725 (C.D. Cal.); Case No. 2:26-cv-03756 (C.D. Cal.); Case No. 3:26-cv-00548 (D. Conn.); Case No. 3:26-cv-00742 (D. Or.); Case No. 3:26-cv-02412 (S.D. Cal.)* |

6

| | |
|---|---|
| Scott Kuhn<br>Andrea Ross<br>Anik Banerjee<br>Joseph Mellis<br>Office of the County Counsel of Los Angeles<br>648 Kenneth Hahn Hall of Administration<br>Los Angeles, CA 90012<br>213-232-2326<br>SKuhn@counsel.lacounty.gov<br>ARoss@counsel.lacounty.gov<br>ABanerjee@counsel.lacounty.gov<br>JMellis@counsel.lacounty.gov<br><br>*Counsel for  Plaintiffs People of the State of California, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County Case No. 2:26-cv-01468 (C.D. Cal.)* | John Doimas<br>Delaney Saltz<br>Tom R. Shapiro<br>Santa Barbara City Attorney's Office<br>740 State Street, Suite 201<br>Santa Barbara, CA 93102<br>805-564-5331<br>JDoimas@SantaBarbaraCA.gov<br>DSatz@SantaBarbaraCA.gov<br>TShapiro@SantaBarbaraCA.gov<br><br>*Counsel for  Plaintiff the City of Santa Barbara* |
| Brad Stephens<br>Kathleen K. Greeson<br>Office of County Counsel,<br>County of Butte<br>25 County Center Drive, Suite 210<br>Oroville, CA 95965<br>530-552-4070<br>BStephens@buttecounty.net<br>KGresson@buttecounty.net<br><br>*Counsel for  Plaintiff County of Butte, Case No. 2:26-cv-03725 (C.D. Cal.)* | Joseph Larmour<br>Charles Todd Endres<br>Office of the County Counsel,<br>Shasta County<br>Shasta County Offices<br>1450 Court Street, Suite 332<br>Redding, CA 96001<br>530-225-5711<br>countycounsel@shastacounty.gov<br><br>*Counsel for  Plaintiff County of Shasta, Case No. 2:26-cv-03756 (C.D. Cal.)* |
| Heather Ferbert<br>Kevin King<br>San Diego City Attorney's Office<br>1200 Third Avenue, Suite 1620<br>San Diego, CA 92101<br>Tel: (619) 236-6220<br>cityattorney@sandiego.gov<br>KBKing@sandiego.gov<br><br>*Counsel for  Plaintiffs the People of the State of California, acting by and through the San Diego City Attorney's Office, and the City of San Diego,* | Beth Kushner<br>beth.kushner@vonbriesen.com<br>Christopher E. Avallone<br>christopher.avallone@vonbriesen.com<br>VON BRIESEN & ROPER, S.C.<br>411 East Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>414-276-1122<br><br>Gregory P. Hansel<br>ghansel@preti.com<br>Michael S. Smith<br>msmith@preti.com |

| | |
|---|---|
| *Case No. 3:26-cv-02412 (S.D. Cal.)* | Elizabeth F. Quinby<br>equinby@preti.com<br>Michael D. Hanify<br>mhanify@preti.com<br>PRETI FLAHERTY BELIVEAU &<br>PACHIOS, LLP<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112<br>207-791-3000<br><br>Joseph C. Kohn<br>jkohn@kohnswift.com<br>William E. Hoese<br>whoese@kohnswift.com<br>Zahra R. Dean<br>zdean@kohnswift.com<br>KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>215-238-1700<br><br>William G. Caldes<br>BCaldes@srkattorneys.com<br>Jeffrey L. Spector<br>JSpector@srkattorneys.com<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>215-496-0300<br><br>*Counsel for Plaintiff City of Augusta,*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01543*<br>*(E.D. Wis.)* |
| Brian G. Weber<br>brian@johnsflaherty.com<br>JOHNS, FLAHERTY & COLLINS, S.C.<br>Exchange Building<br>205 Fifth Avenue South, Suite 600<br>La Crosse, WI 54601<br>608-784-5678<br><br>Daniel E. Gustafson<br>dgustafson@gustafsongluek.com<br>Daniel C. Hedlund | Guri Ademi<br>gademi@ademilaw.com<br>Shpetim Ademi<br>sademi@ademilaw.com<br>John D. Blythin<br>jblythin@ademilaw.com<br>ADEMI & FRUCHTER LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000 |

8

| | |
|---|---|
| dhedlund@gustafsongluek.com<br>Joshua J. Rissman<br>jrissman@gustafsongluek.com<br>Gabrielle M. Kolb<br>gkolb@gustafsongluek.com<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 S. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>612-333-8844<br><br>*Counsel for Plaintiff City of Onalaska,*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01717*<br>*(E.D. Wis.)* | Paul F. Novak<br>pnovak@weitzlux.com<br>Milena Lai<br>mlai@weitzlux.com<br>Casey Thal Verville<br>cverville@weitzlux.com<br>WEITZ & LUXENBERG P.C.<br>Fisher Building<br>3011 West Grand Blvd., 24th Floor<br>Detroit, MI 48202<br>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<br><br>*Counsel for Plaintiff City of Ann Arbor,*<br>*Case Nos. 1:25-cv-01252, 1:25-cv-01973*<br>*(E.D. Wis.)* |
| Alex Phillips<br>aphillips@straussborrelli.com<br>Brittany Resch<br>bresch@straussborrelli.com<br>Sam Strauss<br>sam@straussborrelli.com<br>Raina Borrelli<br>raina@straussborrelli.com<br>STRAUSS BORRELLI PLLC<br>One Magnificent Mile<br>980 Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>872-263-1100<br><br>Adam J. Zapala<br>azapala@cpmlegal.com<br>Elizabeth T. Castillo<br>ecastillo@cpmlegal.com<br>Christopher F. Jeu<br>cjeu@cpmlegal.com<br>Christian S. Ruano<br>cruano@cpmlegal.com<br>Lauren A. Devens<br>ldevens@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>650-697-6000 | Douglas P. Dehler<br>doug.dehler@wilaw.com<br>Joseph D. Newbold<br>joseph.newbold@wilaw.com<br>O'NEIL, CANNON, HOLLMAN, DEJONG<br>& LAING S.C.<br>111 E. Wisconsin Avenue, Suite 1400<br>Milwaukee, Wisconsin 53202<br>414-276-5000<br><br>James C. Shah<br>jcs@millershah.com<br>Natalie Finkelman Bennett<br>nfinkelman@millershah.com<br>MILLER SHAH LLP<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>866-540-5505<br><br>*Counsel for Plaintiff City of Milwaukee, Case*<br>*Nos. 1:25-cv-01252, 1:26-cv-00271 (E.D.*<br>*Wis.)* |

| | |
|---|---|
| *Counsel for Plaintiff City of Arcadia, Case Nos. 1:25-cv-01252, 1:25-cv-02005 (E.D. Wis.)* | |
| Michael B. Homer<br>mhomer@dynamisllp.com<br>Brooke C. Watson<br>bwatson@dynamisllp.com<br>DYNAMIS LLP<br>175 Federal Street, Suite 1200<br>Boston, MA 02110<br>617-693-9732<br><br>Joseph J. DePalma<br>jdepalma@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>973-623-3000<br>Laura K. Mummert<br>lmummert@litedepalma.com<br><br>Steven J. Greenfogel<br>sgreenfogel@litedepalma.com<br>LITE DEPALMA GREENBERG &<br>AFANADOR, LLC<br>1515 Market Street, Suite 1200<br>Philadelphia, PA 19102<br>267-314-7980<br><br>*Counsel for Plaintiff City of Chelsea, Case No. 1:25-cv-13643 (D. Mass.)* | Jamie Nicole Powell<br>j.powell@swrllp.com<br>Sean M. Sturdivan<br>s.sturdivan@swrllp.com<br>Sanders Warren & Russell, LLP - OP<br>Compass Corporate Centre<br>11225 College Blvd., Suite 450<br>Overland Park, KS 66210<br>314-496-1800<br><br>*Counsel for Plaintiff the Unified Government of Wyandotte County and Kansas City, Kansas, Case No. 2:26-cv-02057 (D. Kan.)* |
| Daniel T. Flaherty<br>dflaherty@gklaw.com<br>GODFREY & KAHN SC<br>100 W Lawrence Street<br>PO Box 2728<br>Appleton, WI 54913-2728<br>920-830-3530<br><br>Allison W Reimann<br>areimann@gklaw.com<br>GODFREY & KAHN SC<br>1 E Main Street, Suite 500 | Ashley Eickhof<br>ashley.eickhof@bakermckenzie.com<br>Creighton J. Macy<br>creighton.macy@bakermckenzie.com<br>Stephen T. Loertscher<br>stephen.loertscher@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>815 Connecticut Ave NW<br>Washington, DC 20006<br>202-923-6870<br><br>Joshua Scott Wolkoff |

| | |
|---|---|
| PO Box 2719<br>Madison, WI 53701-2719<br>608-257-0609<br><br>Reid J Schar<br>rschar@jenner.com<br>JENNER & BLOCK LLP<br>525 Market Street, 29th Floor<br>San Francisco, CA 94105<br>628-267-6800<br><br>Douglas E. Litvack<br>dlitvack@jenner.com<br>Jariel A Rendell<br>JENNER & BLOCK LLP<br>1099 New York Ave NW, Suite 900<br>Washington, DC 20001<br>202-637-6357<br><br>Shoba Pillay<br>spillay@jenner.com<br>Jacob Wentzel<br>jwentzel@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>312-222-9350<br><br>Christina M. Isnardi<br>cisnardi@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>212-891-1600<br><br>*Counsel for  Defendants Oshkosh Corporation, Pierce Manufacturing, Inc., and Maxi-Metal, Inc., Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis); Case Nos. 1:25-cv-13462, 1:25-cv-13643 (D. Mass.); Case No. 2:25-cv-18312 (D.N.J.); Case No. 2:26-cv-02057 (D. Kan.); Case No. 26-cv-515 (W.D. Okla.); Case No. 2:26-cv-01468 (C.D.* | joshua.wolkoff@bakermckenzie.com<br>BAKER MCKENZIE LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>212-310-0010<br><br>David J. Turek<br>turek@gassturek.com<br>Joshua S. Greenberg<br>greenberg@gassturek.com<br>GASS TUREK LLC<br>241 N. Broadway, Suite 300<br>Milwaukee, WI 53202<br>414-224-3445<br><br>Joshua L. Solomon<br>jsolomon@psdfirm.com<br>POLLACK SOLOMON DUFFY LLP<br>31 St. James Avenue, Suite 940<br>Boston, MA 02116<br>617-439-9800<br><br>*Counsel for  Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC, Case Nos. 1:25-cv-01252, 1:25-cv-01543, 1:25-cv-01693, 1:25-cv-01717, 1:25-cv-01801, 1:25-cv-01973, 1:25-cv-02002, 1:25-cv-02005, 1:25-cv-02013, 1:26-cv-00271 (E.D. Wis.); Case No. 1:25-cv-13643, 1:25-cv-13462 (D. Mass.); Case No. 2:25-cv-18312 (D.N.J.); Case No. 2:26-cv-02057 (D. Kan.); Case No. 26-cv-515 (W.D. Okla.)* |

| | |
|---|---|
| *Cal.); Case No. 2:26-cv-02926 (C.D. Cal.); Case No. 2:26-cv-03045 (C.D. Cal.); Case No. 3:26-cv-02045 (S.D. Cal.); Case No. 2:26-cv-00284 (D. Utah); Case No. 2:26-cv-03725 (C.D. Cal.); Case No. 2:26-cv-03756 (C.D. Cal.); Case No. 3:26-cv-00548 (D. Conn.); Case No. 3:26-cv-00742 (D. Or.); Case No. 3:26-cv-02412 (S.D. Cal.) Case No. 8:26-cv-00956 (C.D. Cal.)* | |
| Edward William Duffy<br>ed.duffy@bakerbotts.com<br>Paul Christopher Cuomo<br>paul.cuomo@bakerbotts.com<br>Alexander Kraszewski<br>alexander.kraszewski@bakerbotts.com<br>BAKER BOTTS LLP<br>700 K Street, NW<br>Washington, DC 20001<br>707-628-0439<br><br>Daniel V. McCaughey<br>daniel.mccaughey@ropesgray.com<br>Jane E. Willis<br>jane.willis@ropesgray.com<br>Kathryn E. Caldwell<br>kathryn.caldwell@ropesgray.com<br>ROPES & GRAY – MA<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>617-915-7681<br><br>*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, and AIP/CHC Investors, LLC, Case No. 1:25-cv-02005 (E.D. Wis.); Case No. 1:25-cv-13462 (D. Mass.); Case No. 2:26-cv-01468 (C.D. Cal.); Case No. 2:26-cv-02926 (C.D. Cal.); Case No. 2:26-cv-03045 (C.D. Cal.); Case No. 3:26-cv-02045 (S.D. Cal.); Case No. 2:26-cv-00284 (D. Utah); Case No. 2:26-cv-03725 (C.D. Cal.); Case No. 2:26-cv-03756 (C.D. Cal.); Case No. 3:26-cv-00548 (D. Conn.); Case No. 3:26-cv-* | Catherine S. Simonsen<br>Thomas G. Mattes<br>SIMONSEN SUSSMAN LLP<br>418 Bamboo Lane, Suite C-18<br>Los Angeles, CA 90012<br>917-747-5196<br>catherine@simonsensussman.com<br>thomas.mattes@simonsensussman.com<br><br>Shaoul Sussman<br>Nico Gurian<br>Paul M. Goodrich<br>SIMONSEN SUSSMAN LLP<br>307 West 38th Street, 16th Floor New York, NY 10018<br>646-693-3929<br>shaoul@simonsensussman.com<br>nico.gurian@simonsensussman.com<br>paul.goodrich@simonsensussman.com<br><br>Nicolas A. Stebinger<br>Victoria R. Sims<br>SIMONSEN SUSSMAN LLP<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>202-384-3130<br>nicolas@simonsensussman.com<br>victoria.sims@simonsensussman.com<br><br>John P. Fiske<br>Lindsay Stevens<br>11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127<br>858-251-7424<br>jfiske@baronbudd.com<br>lstevens@baronbudd.com |

| | |
|---|---|
| *00742 (D. Or.); Case No. 3:26-cv-02412 (S.D. Cal.)* | *Counsel for Plaintiffs People of the State of California, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County; Plaintiff Ebbetts Pass Fire Protection District; Plaintiff the City of Santa Barbara; Plaintiffs the People of the State of California, acting by and through the Office of County Counsel, County of San Diego; County of San Diego; and San Diego County Fire Protection District; Plaintiff Unified Fire Authority; Plaintiff County of Butte; Plaintiff County of Shasta; Plaintiff City of Hartford; and Plaintiff the City of Portland, Oregon, Case No. 2:26-cv-01468 (C.D. Cal.); Case No. 2:26-cv-02926 (C.D. Cal.); Case No. 2:26-cv-03045 (C.D. Cal.); Case No. 3:26-cv-02045 (S.D. Cal.); Case No. 2:26-cv-00284 (D. Utah); Case No. 2:26-cv-03725 (C.D. Cal.); Case No. 2:26-cv-03756 (C.D. Cal.); Case No. 3:26-cv-00548 (D. Conn.); Case No. 3:26-cv-00742 (D. Or.); Case No. 3:26-cv-02412 (S.D. Cal.)* |
| Matthew J. Sill<br>SILL LAW GROUP<br>14005 N. Eastern Ave.<br>Edmond, OK 73013<br>msill@fulmersill.com<br><br>*Counsel for Plaintiff Shawnee City of Oklahoma, Case No. 26-cv-515 (W.D. Okla.)* | Damon M. Brown<br>John P. Cooley<br>Austin M. Uhler<br>Office of County Counsel,<br>County of San Diego<br>1600 Pacific Highway, Room 355<br>San Diego, CA 92101<br>619-531-4860<br>Damon.Brown@sdcounty.ca.gov<br>John.Cooley@sdcounty.ca.gov<br>Austin.Uhler@sdcounty.ca.gov<br><br>*Counsel for Plaintiffs the People of the State of California, acting by and through San Diego; County of San Diego; and San Diego County Fire Protection District Case No. 3:26-cv-02045 (S.D. Cal.)* |
| Brian Roberts<br>Unified Fire Authority<br>3380 South 900 West<br>Salt Lake City, UT 84119<br>Telephone: (801) 743-7226 | Naomi Sheffield<br>Rob Yamachika<br>Portland City Attorney's Office<br>1221 SW Fourth Avenue, Room 430<br>Portland, OR 97204 |

| | |
|---|---|
| BRoberts@unifiedfireut.gov<br><br>*Counsel for Unified Fire Authority, Case No. 2:26-cv-00284 (D. Utah)* | Tel: (503) 823-4047<br>Naomi.Sheffield@portlandoregon.gov<br>Rob.Yamachika@portlandoregon.gov<br><br>*Counsel for  Plaintiff the City of Portland, Oregon, Case No. 3:26-cv-00742 (D. Or.)* |
| Robert Christopher Cowan<br>R. Christopher Cowan, Esq., Ltd. Co.<br>813 Main Avenue<br>Suite 209<br>Durango, CO 81301<br>970-880-8900<br>Fax: 214-853-5800<br>Email: chris@cowan.ltd<br><br>*Counsel for The Durango Fire Protection District, Case No. CO/1:26-cv-01574 (D. Colo.)* | |

| | |
|---|---|
| **Service via U.S. Mail: The following parties were served by causing a true and correct copy to be deposited in the United States Mail, first class postage prepaid, on April 22, 2026:** | |
| 1st Out Specialty Vehicles & Equipment LLC 1155 Stoops Ferry Rd, Moon Township, PA 15108 | Hughes Fire Equipment, Inc. – 5011 S. Burlington Way, Ste A, Tacoma , WA  98409-2801 |
| 411 Equipment LLC - Pete Marquez 7324 4th St NW, Los Ranchos, NM 87107 | Jerry's Transmission Service Inc. (d.b.a. North Central Emergency Vehicles) - 18448 Cr 9, PO Box 249, Lester Prairie, MN 55354 |
| A.E.C. Fire-Safety & Security, Inc. - John E Archer, 3003 Stanton, Springfield, IL 62703 | Keystone Fire Apparatus, Inc. - 1751 Mckees Rocks Rd, Mckees Rocks, PA 15136 |
| AAA Firepro of New Mexico, Inc. – Kendal D. Kohler 235 Cottonwood Drive, Fort Sumner, NM 88119 | Leo M. Ellebracht Company - Blue Maven K, Inc., 221 Thresher Dr, PO Box 319, Eureka, MO 63025-1923 |
| Absolute Fire Protection Co, Inc., - William J Jacques, 235 Church St., Mt Clemens MI 48043 | MacQueen Equipment, LLC - 1125 7th Street East, St. Paul, MN 55106 |
| Adirondack EVG, Inc. (d.b.a. Adirondack Emergency Vehicles) - 21 Wood Rd, Suite 400, Round Lake, NY, 12151 | Matheny Fire & Emergency, LLC - 315 Ann St, Parkersburg, WV, 26101 |

| | |
|---|---|
| Advantech Service and Parts LLC (d.b.a. Advantech 911 Service and Parts) - Brad L Hillyer, 201 North Main Street PO Box 272, Uhrichsville, OH 44683 | Metro Fire Apparatus Specialists, Inc., Craig N Russell, 17350 State Highway 249, Ste 250, Houston, TX 77064 |
| American Emergency Response Training, Inc. - Penny B Rood, 8817 Martin Mill Pike, Knoxville, TN 37920 | Mid America Fire Apparatus Inc. (d.b.a. Jon'd Mid America Fire Apparatus) - James A. Keltner, 7037 E US Highway 60, Rogersville, MO 65742 |
| Atlantic Coast Fire Trucks, LLC - 884 Old Hickory Rd, Pittsburgh, PA 15243 | Mid-America Fire & Safety, LLC - Keith A. Reising, 4001 N. St. Joseph Ave., Evansville, IN 47720 |
| Banner Fire Equipment, Inc. - Michael Thomas Benker, 4289 Industrial Drive, Roxana IL 62084 | Mile-Hi Fire Apparatus, Inc.  - Jeannie Kay Schneiderwent, 6349 Union Ave, Firestone, CO 80504 |
| Big Sky Fire Equipment - 207 W Janeaux, Lewistown, MT 59457 | Minuteman Fire and Rescue Apparatus, LLC (d.b.a. Allegiance Fire & Rescue) - Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808 |
| Colden Enterprises, Inc. - 750 Ontario St, Kenmore, NY 14217 - 0127 | New England Fire Equipment & Apparatus, Corp. – James E. Feehan III, 10 Stillman Rd, North Haven, CT 06473 |
| Conrad Fire Equipment, Inc. - 14155 Copper Creek, Olathe, KS 66062 | Northeast Emergency Apparatus, LLC - Michael F. Vaillancourt, P.O. Box 2412, 7 Ocean Street, South Portland, ME 04116-241 |
| CSI Emergency Apparatus, LLC - Mark Brown 2332 Dupont St, Grayling, MI 49738 | Northwest Fire Services Inc. - 265 N Ferndale Dr, Bigfork, MT 59911 |
| Delmarva Pump Center, Inc. (d.b.a. DPC Emergency Equipment) - 335 Strauss Ave. P.O. Box 340, Marydel DE 19964 | Patriot Fire, LLC - Kevin M. Tracy, 888 Bestgate Road, Ste 402, Annapolis, MD 21401 |
| Desorcie Emergency Products, LLC – Garth A. Brooks, 1045 Bronson Road, St Albans, VT 05478 | Payette Sales & Service, Inc. - Christopher J Payette 27250 Kitty Hawk, Ste. B, Grosse Ile, MI 48138 |
| Ed M. Feld Equipment Co., Inc. - John Feld, 113 N Griffith Rd, Carroll, IA 51401 | Pete's Equipment Repair, Inc. - Pete L Marquez Sr 1412 Broadway Blvd NE, Albuquerque, NM 87102 |

| | |
|---|---|
| Emergency Equipment Professionals, Inc. - 6441 Highway 51, Horn Lake, MS 38637 | Pierce Atlantic Emergency Solutions, Inc. - Atlantic Emergency Solutions, Inc., South T Patterson, 12350 Jefferson Ave Ste 370, Newport News, VA, 23602 |
| Fire & Rescue Products of Harrisburg, LLC  - The Corporation Trust Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093 | Premier Fire Apparatus, Inc. - 68 Leggs Mills Rd, Lake Katrine, NY 12449 |
| Fire Apparatus & Supply Team, Inc.  - Jodi D Ohara, 1683 Quail Run Dr, Lincoln, IL 62656 | R & R Fire Truck Repair, Inc. - 295 Industrial Park Dr, Belleville, MI 48111 |
| Fire Connections, Inc. - 2520 N Wesleyan Blvd, Rocky Mount, NC 27804 | Reliant Fire Apparatus, Inc. - 880 Enterprise Dr, Slinger, WI 53086-9135 |
| Fire Department Service & Supply, Inc. – Jay Trautwein, 1902 Campus Place, Suite 2-3, Louisville, KY  40299 | Safe Industries, Inc. - Sandra J Hunter, 102 Palmetto St, Simpsonville, SC 29681 |
| Fire Line Equipment, LLC - 307 Twin Springs Court New Holland, PA 17557 | Siddons-Martin Emergency Group, LLC - URS Agents Inc., 248 E. Capitol Street, Suite 840, Jackson, MS 39201 |
| Fire Master Fire Equipment, Inc. - Carol Shelton, 2049 East Division, Springfield, MO 65803 | South Coast Fire Equipment, Inc. - Greg Clement, 2020 Main Street, Suite 600, Irvine, CA 92614 |
| Fire Safety USA, Inc. - 3253 19th Str NW #4, Rochester, MN 55901 | Spartan Fire & Emergency Apparatus, Inc. - Robert E. Fore, IV, 2497 Nazareth Rd, Wellford, SC 29385 |
| Fire Service, Inc. - Rhett L. Tauber, Esq., 1415 Eagle Ridge Dr., Schererville, IN, 46375 | Sunbelt Fire, Inc. - Slade M. McLendon, Sr, 8050 McGowin Dr, Fairhope, AL 36532 |
| Fire Truck Solutions, LLC - Capitol Services, Inc., 108 Lakeland Ave., Dover, DE  19901 | Halt Fire, Inc. - Todd Lincoln, 7763 Spring Trace Rd, Brighton, MI 48114 |
| Fired Up Rescue LLC - 606 8th St., Wheatland, WY 82201 | Ten-8 Fire & Safety, LLC - Keith Chapman 2904 59th Ave Dr E, Bradenton, FL 34203 |
| Firefighter One, LLC - Jonathon Van Norman, 4808 SW Lake Grove Circle, Palm City, FL 37990 | True North Equipment, Inc. (d.b.a. True North Emergency Equipment) - Sokol Larkin, 4380 S Macadam Ave, Ste 530, Portland OR 97239 |
| Fireline, Inc. - William R Mcdonel, 725 Patrick Ind Lane, Winder, GA  30680 | Hawaii Specialty Vehicles, LLC - 1026 Puuwai St, Honolulu, HI 96819 |

| | |
|---|---|
| Firematic Supply Company, Inc. - 10 Ramsay Road, Shirley, NY  11967 | Hendrickson Fire Rescue Equipment, Inc. - 140 Hoffman Lane, Islandia, NY 11749 |
| First Choice Fire Apparatus, LLC - 111 Oxford St, Hanover Township, PA 18706 | Hoosier Fire Equipment, Inc. - Heman Lawson Hawks LLP, 2549 Yeager Rd, Ste 190, West Lafayette, IN 47906 |
| Front Range Fire Apparatus, Ltd. - Duane Robert Doucette Jr, 1726 Edgewater Pl, Longmont, CO 80504 | Vogelpohl Fire Equipment, Inc. - Todd Vogelpohl, 2770 Circleport Dr, Erlanger, KY, 41018 |
| Glick Fire Equipment Co. Inc. - 350 Mill Creek Rd, Bird In Hand, PA 17505 | W. Campbell Supply Company of Sussex County LLC - Campbell Supply Company, Inc., 236 Wells Rd, Doylestown, PA 18901 |
| Golden State Fire Apparatus, Inc. - Harold Wright 10404 Rubicon Ave., Stockton, CA 95219 | West Shore Fire, Inc. - 6620 Lake Michigan Dr, Allendale, MI 49401 |
| Goodman Specialized Vehicles - 9191 Washington St, PO Box 533, Amelia, VA  23002 - 4897 | Kalmikov Enterprises, Inc. (d.b.a. Fire Apparatus Solutions) - 1762 S Sycamore Ave, Rialto, CA 92376 |
| Gorman Enterprises, Inc. - James A. Garrity, 12 Kingman Terrace, Yonkers, NY 10701 | Bulldog Fire Apparatus, Inc. - 251 Upton Street, Grafton, MA  01519 |
| Greenwood Emergency Vehicles, LLC - Mark Macdonald, 530 John Dietsch BVD., No. Attleboro, MA 02763 | Emergency Vehicle Group, Inc. - 2883 E. Coronado St., Anaheim, CA  92806 |
| Hall-Mark Fire Apparatus, Inc. - James W Hall, 7851 NW 56th Place, Ocala, FL 34482 | Lone Star Emergency Group - 5031 Highway 153, Easley, SC 29642 |
| Sea-Western, Inc. CT Corporation 711 Capitol Way S, Suite 204 Olympia, WA  98501 | |