**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: FIRE APPARATUS ANTITRUST LITIGATION** | **MDL No. 3179** |

## SUPPLEMENTAL INFORMATION (CTO-1)

Plaintiff City of Shawnee, Oklahoma files this Supplemental Information to inform the Clerk of the Panel that Plaintiff's previous Opposition to CTO is now moot since the parties have entered into a Stipulation of Dismissal Without Prejudice which was filed in the United States District Court for the Western District of Oklahoma, 5:26-cv-00515, and the docket at the district court has been terminated and closed.

**DATED:** This 28th day of April 2026.

Respectfully Submitted,

By: */s/ Matthew J. Sill*
Matthew J. Sill
FULMER SILL, PLLC
14005 N. Eastern Avenue
Edmond, Oklahoma 73013
Telephone: (405) 509-6300
Facsimile: (405) 509-6268
msill@fulmersill.com

*Attorneys for Plaintiff City of Shawnee, Oklahoma*