# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATON

|  |  |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff City of Santa Clara hereby notifies the Panel of the following potential tag-along action:

*City of Santa Clara v. REV Group, Inc., et al.*, Case No. 5:26-cv-04274 (N.D. Cal.).

The potential tag-along action is listed in the attached Schedule of Actions. The docket sheet and complaint for the action are attached as Exhibit A.

Dated: May 8, 2026

Respectfully Submitted,

/s/ John P. Fiske

|  |  |
|---|---|
| Catherine S. Simonsen | John P. Fiske |
| Thomas G. Mattes | Lindsay Stevens |
| **SIMONSEN SUSSMAN LLP** | **BARON & BUDD, P.C.** |
| 418 Bamboo Lane | 11440 West Bernardo Court, Suite 265 |
| Suite C-18 | San Diego, CA 92127 |
| Los Angeles, CA 90012 | Tel: (858) 251-7424 |
| Tel: (917) 747-5196 | Fax: (214) 523-6600 |
| Fax: (913) 262-0058 | jfiske@baronbudd.com |
| catherine@simonsensussman.com | lstevens@baronbudd.com |
| thomas.mattes@simonsensussman.com |  |
|  | Nicolas A. Stebinger |
| Shaoul Sussman | Victoria R. Sims |
| Nico Gurian | **SIMONSEN SUSSMAN LLP** |
| Paul M. Goodrich | 1629 K Street NW, Suite 300 |
| **SIMONSEN SUSSMAN LLP** | Washington, DC 20006 |
| 307 West 38th Street, 16th Floor | Tel: (202) 384-3130 |
| New York, NY 10018 | Fax: (913) 262-0058 |
| Tel: (646) 693-3929 | nicolas@simonsensussman.com |

2

Fax: (913) 262-0058                                    victoria.sims@simonsensussman.com
shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com

*Counsel for Plaintiff City of Santa Clara*

2