**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATON**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff City of Yonkers hereby notifies the Panel of the following potential tag-along action:

*City of Yonkers v. REV Group, Inc., et al.*, Case No. 7:26-cv-03894 (S.D.N.Y.).

The potential tag-along action is listed in the attached Schedule of Actions. The docket sheet and complaint for the action are attached as Exhibit A.

Dated: May 11, 2026

Catherine S. Simonsen
Thomas G. Mattes
**SIMONSEN SUSSMAN LLP**
418 Bamboo Lane
Suite C-18
Los Angeles, CA 90012
Tel: (917) 747-5196
Fax: (913) 262-0058
catherine@simonsensussman.com
thomas.mattes@simonsensussman.com

Shaoul Sussman
Nico Gurian
Paul M. Goodrich
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
Tel: (646) 693-3929
Fax: (913) 262-0058

Respectfully Submitted,

/s/ John P. Fiske
John P. Fiske
Lindsay R. Stevens
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
Fax: (214) 523-6600
jfiske@baronbudd.com
lstevens@baronbudd.com

Nicolas A. Stebinger
Victoria R. Sims
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 384-3130
Fax: (913) 262-0058
nicolas@simonsensussman.com
victoria.sims@simonsensussman.com

1

shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com

*Counsel for Plaintiff City of Yonkers*