**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff City of Fountain Valley, California, acting by and through their counsel, hereby notify the Panel of the following potential tag-along action:

*City of Fountain Valley v. Oshkosh Corporation et al*, No. 8:26-cv-01246 (C.D. Cal.)

The potential tag-along action is listed in the attached Schedule of Actions. The docket sheet and complaint for the action are attached as Exhibit A.

Dated: May 18, 2026

Respectfully submitted,

By: /s/ *Michael E. Klenov*
Michael E. Klenov (Cal. Bar No. 277028)
mklenov@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
Saint Louis, MO 63101
Tel.: (314) 241-4844

George A. Zelcs (N.D. Il. Bar No. 3123738)
gzelcs@koreintillery.com
Daniel A. Epstein (N.D. Il. Bar No. 6320580)
depstein@koreintillery.com
Labeat Rrahmani (N.D. Il. Bar No. 6340286)
lrrahmani@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750

*Counsel for Plaintiff City of Fountain Valley, California*

1