**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATON**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiffs City of Albuquerque and City of Emeryville hereby notify the Panel of the following potential tag-along actions:

*City of Albuquerque v. REV Group, Inc., et al.*, Case No. 1:26-cv-01641-KK-JMR (D.N.M.).

*City of Emeryville v. REV Group, Inc., et al.*, Case No. 4:26-cv-04840 (N.D. Cal.).

The potential tag-along actions are listed in the attached Schedule of Actions. The docket sheet and complaint for the actions are attached as Exhibit A and Exhibit B.

Dated: May 21, 2026

Respectfully Submitted,

/s/ John P. Fiske

Catherine S. Simonsen
Thomas G. Mattes
**SIMONSEN SUSSMAN LLP**
418 Bamboo Lane
Suite C-18
Los Angeles, CA 90012
Tel: (917) 747-5196
Fax: (913) 262-0058
catherine@simonsensussman.com
thomas.mattes@simonsensussman.com

Shaoul Sussman
Nico Gurian
Paul M. Goodrich
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor

John P. Fiske
Lindsay R. Stevens
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
Fax: (214) 523-6600
jfiske@baronbudd.com
lstevens@baronbudd.com

Nicolas A. Stebinger
Victoria R. Sims
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 384-3130

1

New York, NY 10018
Tel: (646) 693-3929
Fax: (913) 262-0058
shaoul@simonsensussman.com
nico.gurian@simonsensussman.com
paul.goodrich@simonsensussman.com

Fax: (913) 262-0058
nicolas@simonsensussman.com
victoria.sims@simonsensussman.com

*Counsel for Plaintiffs City of Albuquerque
and City of Emeryville*