**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel hereby certifies that a copy of the foregoing Notice of Potential Tag-Along Actions, Schedule of Actions, Exhibit A, Exhibit B, and this Certificate of Service were electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation through the CM/ECF system and served on all parties in the manner set forth in the service list below.

Dated: May 21, 2026

Respectfully Submitted,

/s/ John P. Fiske
John P. Fiske
Lindsay R. Stevens
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
Fax: (214) 523-6600
jfiske@baronbudd.com
lstevens@baronbudd.com

*Counsel for Plaintiffs City of Albuquerque and City of Emeryville*

1

| Via Electronic Mail | |
|---|---|
|  | Daniel T. Flaherty |
|  | dflaherty@gklaw.com |
|  | GODFREY & KAHN SC |
|  | 100 W Lawrence Street |
|  | PO Box 2728 |
|  | Appleton, WI 54913-2728 |
|  | 920-830-3530 |
|  | Allison W Reimann |
|  | areimann@gklaw.com |
|  | GODFREY & KAHN SC |
|  | 1 E Main Street, Suite 500 |
|  | PO Box 2719 |
|  | Madison, WI 53701-2719 |
|  | 608-257-0609 |
|  | Reid J Schar |
|  | rschar@jenner.com |
|  | JENNER & BLOCK LLP |
|  | 525 Market Street, 29th Floor |
|  | San Francisco, CA 94105 |
|  | 628-267-6800 |
|  | Douglas E. Litvack |
|  | dlitvack@jenner.com |
|  | Jariel A Rendell |
|  | jrendell@jenner.com |
|  | JENNER & BLOCK LLP |
|  | 1099 New York Ave NW, Suite 900 |
|  | Washington, DC 20001 |
|  | 202-637-6357 |
| Arthur J Burke | Shoba Pillay |
| arthur.burke@davispolk.com | spillay@jenner.com |
| Edmund Polubinski, III | Jacob Wentzel |
| edmund.polubinski@davispolk.com | jwentzel@jenner.com |
| Lara Samet Buchwald | JENNER & BLOCK LLP |
| lara.buchwald@davispolk.com | 353 North Clark Street |
| DAVIS POLK & WARDWELL LLP | Chicago, IL 60654 |
| 450 Lexington Ave | 312-222-9350 |
| New York, NY 10017 | |
| 212-450-4352 | |

2

| | |
|---|---|
| Mari Grace<br>mari.grace@davispolk.com<br>Sean Stefanik<br>sean.stefanik@davispolk.com<br>DAVIS POLK & WARDWELL LLP<br>1050 17th Street NW<br>Washington, DC 20036<br>202-962-7000 | Christina M. Isnardi<br>cisnardi@jenner.com<br>JENNER & BLOCK LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>212-891-1600<br><br><br>*Counsel for Defendants Oshkosh Corporation, Pierce Manufacturing, Inc., and Maxi-Metal, Inc.*<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.);*<br>*Case No. 2:26-cv-02926 (C.D. Cal.);*<br>*Case No. 2:26-cv-03045 (C.D. Cal.);*<br>*Case No. 3:26-cv-02045 (S.D. Cal.);*<br>*Case No. 2:26-cv-00284 (D. Utah);*<br>*Case No. 2:26-cv-03725 (C.D. Cal.);*<br>*Case No. 2:26-cv-03756 (C.D. Cal.);*<br>*Case No. 3:26-cv-00548 (D. Conn.);*<br>*Case No. 3:26-cv-00742 (D. Or.);*<br>*Case No. 3:26-cv-02412 (S.D. Cal.);*<br>*Case No. 5:26-cv-02649 (E.D. Pa.)*<br>*Case No. 4:26-cv-03053 (N.D. Cal.)*<br>*Case No. 1:26-cv-00737-WCG (E.D. Wis.)*<br>*Case No. 2:26-cv-00819 (E.D. Wis.)*<br>*Case No. 5:26-cv-04274-VKD (ND. Cal.)*<br>*Case No. 7:26-cv-03894 (S.D.N.Y.)*<br>*Case No. 4:26-cv-00244 (D. Ariz.)*<br>*Case No. 1:26-cv-01641-KK-JMR (D.N.M.)*<br>*Case No. 4:26-cv-04840 (N.D. Cal.)* |

| Via Electronic Mail | |
|---|---|
| Austin A. Wesner<br>austin.wesner@michaelbest.com<br>Daniel J. Vaccaro<br>djvaccaro@michaelbest.com<br>Ena M. Allen<br>ena.allen@michaelbest.com<br>Joseph L. Olson<br>jlolson@michaelbest.com<br>MICHAEL BEST & FRIEDRICH LLP<br>790 N. Water Street, Suite 2500<br>Milwaukee, WI 53202<br>414-277-0656<br><br><br><br>*Counsel for Defendants REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corp., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, KME Global LLC, KME Holdings, LLC, KME RE Holdings LLC, FFA Holdco, Inc., FFA Acquisition Co., Inc., Ferrara Fire Apparatus Holding Company, Inc., Smeal Holding, LLC, and Detroit Truck Manufacturing, LLC*<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.);*<br>*Case No. 2:26-cv-02926 (C.D. Cal.);*<br>*Case No. 2:26-cv-03045 (C.D. Cal.);*<br>*Case No. 3:26-cv-02045 (S.D. Cal.);*<br>*Case No. 2:26-cv-00284 (D. Utah);*<br>*Case No. 2:26-cv-03725 (C.D. Cal.);*<br>*Case No. 2:26-cv-03756 (C.D. Cal.);*<br>*Case No. 3:26-cv-00548 (D. Conn.);*<br>*Case No. 3:26-cv-00742 (D. Or.);*<br>*Case No. 3:26-cv-02412 (S.D. Cal.);*<br>*Case No. 5:26-cv-02649 (E.D. Pa.)*<br>*Case No. 4:26-cv-03053 (N.D. Cal.)*<br>*Case No. 1:26-cv-00737-WCG (E.D. Wis.)*<br>*Case No. 2:26-cv-00819 (E.D. Wis.)*<br>*Case No. 5:26-cv-04274-VKD (ND. Cal.)*<br>*Case No. 7:26-cv-03894 (S.D.N.Y.)*<br>*Case No. 4:26-cv-00244 (D. Ariz.)*<br>*Case No. 1:26-cv-01641-KK-JMR (D.N.M.)*<br>*Case No. 4:26-cv-04840 (N.D. Cal.)* | |

4

| Via Electronic Mail | |
|---|---|
| | Edward William Duffy |
| | ed.duffy@bakerbotts.com |
| | Paul Christopher Cuomo |
| | paul.cuomo@bakerbotts.com |
| | Alexander Kraszewski |
| | alexander.kraszewski@bakerbotts.com |
| | BAKER BOTTS LLP |
| | 700 K Street, NW |
| | Washington, DC 20001 |
| | 707-628-0439 |
| | Daniel V. McCaughey |
| | daniel.mccaughey@ropesgray.com |
| | Jane E. Willis |
| | jane.willis@ropesgray.com |
| | Kathryn E. Caldwell |
| | kathryn.caldwell@ropesgray.com |
| | ROPES & GRAY – MA |
| | Prudential Tower |
| | 800 Boylston Street |
| | Boston, MA 02199-3600 |
| | 617-915-7681 |
| | *Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, and AIP/CHC Investors, LLC* |
| | *Case No. 1:25-cv-02005 (E.D. Wis.); Case No. 1:25-cv-13462 (D. Mass.); Case No. 2:26-cv-01468 (C.D. Cal.); Case No. 2:26-cv-02926 (C.D. Cal.); Case No. 2:26-cv-03045 (C.D. Cal.); Case No. 3:26-cv-02045 (S.D. Cal.); Case No. 2:26-cv-00284 (D. Utah); Case No. 2:26-cv-03725 (C.D. Cal.); Case No. 2:26-cv-03756 (C.D. Cal.); Case No. 3:26-cv-00548 (D. Conn.); Case No. 3:26-cv-00742 (D. Or.); Case No. 3:26-cv-02412 (S.D. Cal.); Case No. 5:26-cv-02649 (E.D. Pa.) Case No. 4:26-cv-03053 (N.D. Cal.) Case No. 1:26-cv-00737-WCG (E.D. Wis.) Case No. 2:26-cv-00819 (E.D. Wis.) Case No. 5:26-cv-04274-VKD (ND. Cal.) Case No. 7:26-cv-03894 (S.D.N.Y.) Case No. 4:26-cv-00244 (D. Ariz.)* |

|  | *Case No. 1:26-cv-01641-KK-JMR (D.N.M.)*<br>*Case No. 4:26-cv-04840 (N.D. Cal.)* |
|---|---|
|  |  |

| Via Electronic Mail | |
|---|---|
| Leo D. Caseria<br>Sheppard, Mullin, Richter & Hampton LLP<br>2099 Pennsylvania Avenue, NW, Suite 100<br>Washington, DC 20006<br>(202) 747-1925<br>lcaseria@sheppard.com<br>Benjamin L. Price<br>Keith G. Bremer<br>Bremer Whyte Brown & O'Meara, LLP<br>20320 SW Birch St.<br>Newport Beach, CA 92660<br>(949) 221-1003<br>bprice@bremerwhyte.com<br>kbremer@bremerwhyte.com<br><br>*Counsel for Defendants Boise Mobile Equipment, Inc. BME Fire Trucks LLC*<br><br>*Case No. 2:26-cv-01468 (C.D. Cal.;)*<br>*Case No. 2:26-cv-02926 (C.D. Cal.);*<br>*Case No. 2:26-cv-03045 (C.D. Cal.);*<br>*Case No. 3:26-cv-02045 (S.D. Cal.);*<br>*Case No. 2:26-cv-00284 (D. Utah);*<br>*Case No. 2:26-cv-03725 (C.D. Cal.);*<br>*Case No. 2:26-cv-03756 (C.D. Cal.);*<br>*Case No. 3:26-cv-00548 (D. Conn.);*<br>*Case No. 3:26-cv-00742 (D. Or.);*<br>*Case No. 3:26-cv-02412 (S.D. Cal.)*<br>*Case No. 5:26-cv-02649 (E.D. Pa.)*<br>*Case No. 4:26-cv-03053 (N.D. Cal.)*<br>*Case No. 1:26-cv-00737-WCG (E.D. Wis.)*<br>*Case No. 2:26-cv-00819 (E.D. Wis.)*<br>*Case No. 5:26-cv-04274-VKD (ND. Cal.)*<br>*Case No. 7:26-cv-03894 (S.D.N.Y.)*<br>*Case No. 4:26-cv-00244 (D. Ariz.)*<br>*Case No. 1:26-cv-01641-KK-JMR (D.N.M.)*<br>*Case No. 4:26-cv-04840 (N.D. Cal.)* | |

| Via Electronic Mail | |
|---|---|
| | Catherine S. Simonsen<br>Thomas G. Mattes<br>SIMONSEN SUSSMAN LLP<br>418 Bamboo Lane, Suite C-18<br>Los Angeles, CA 90012<br>917-747-5196<br>catherine@simonsensussman.com<br>thomas.mattes@simonsensussman.com<br><br>Shaoul Sussman<br>Nico Gurian<br>Paul M. Goodrich<br>SIMONSEN SUSSMAN LLP<br>307 West 38th Street, 16th Floor New York,<br>NY 10018<br>646-693-3929<br>shaoul@simonsensussman.com<br>nico.gurian@simonsensussman.com<br>paul.goodrich@simonsensussman.com<br><br>Nicolas A. Stebinger<br>Victoria R. Sims<br>SIMONSEN SUSSMAN LLP<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>202-384-3130<br>nicolas@simonsensussman.com<br>victoria.sims@simonsensussman.com<br><br>John P. Fiske<br>Lindsay R. Stevens<br>BARON & BUDD, P.C.<br>11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127<br>858-251-7424<br>jfiske@baronbudd.com<br>lstevens@baronbudd.com<br><br>*Counsel for Plaintiffs People of the State of California, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County; Plaintiff Ebbetts Pass Fire Protection District; Plaintiff the City of Santa Barbara; Plaintiffs the People of the State of California, acting by and through the Office of County Counsel, County of San* |

8

| | |
|---|---|
| | *Diego; County of San Diego; and San Diego County Fire Protection District; Plaintiff Unified Fire Authority; Plaintiff County of Butte; Plaintiff County of Shasta; Plaintiff City of Hartford; Plaintiff the City of Portland, Oregon; Plaintiffs the People of the State of California, acting by and through the San Diego City Attorney's Office, and the City of San Diego; Plaintiff City of Allentown; Plaintiff City of Oakland; City of Portsmouth; City of Green Bay; City of Santa Clara; City of Yonkers; City of Tucson; City of Albuquerque; and City of Emeryville*<br>*Case No. 2:26-cv-01468 (C.D. Cal.);*<br>*Case No. 2:26-cv-02926 (C.D. Cal.);*<br>*Case No. 2:26-cv-03045 (C.D. Cal.);*<br>*Case No. 3:26-cv-02045 (S.D. Cal.);*<br>*Case No. 2:26-cv-00284 (D. Utah);*<br>*Case No. 2:26-cv-03725 (C.D. Cal.);*<br>*Case No. 2:26-cv-03756 (C.D. Cal.);*<br>*Case No. 3:26-cv-00548 (D. Conn.);*<br>*Case No. 3:26-cv-00742 (D. Or.);*<br>*Case No. 3:26-cv-02412 (S.D. Cal.);*<br>*Case No. 5:26-cv-02649 (E.D. Pa.)*<br>*Case No. 4:26-cv-03053 (N.D. Cal.)*<br>*Case No. 1:26-cv-00737-WCG (E.D. Wis.)*<br>*Case No. 2:26-cv-00819 (E.D. Wis.)*<br>*Case No. 5:26-cv-04274-VKD (ND. Cal.)*<br>*Case No. 7:26-cv-03894 (S.D.N.Y.)*<br>*Case No. 4:26-cv-00244 (D. Ariz.)*<br>*Case No. 1:26-cv-01641-KK-JMR (D.N.M.)*<br>*Case No. 4:26-cv-04840 (N.D. Cal.)* |