**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel"), Defendants Oshkosh Corporation, Pierce Manufacturing, Inc., Maxi-Métal, Inc., REV Group, Inc., E-One, Inc., Kovatch Mobile Equipment Corp., KME Global, LLC, KME Holdings, LLC, KME RE Holdings, LLC, Ferrara Fire Apparatus, Inc., FFA Holdco, Inc., FFA Acquisition Co., Inc., Ferrara Fire Apparatus Holding Company, Inc., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, Smeal Holding, LLC, Detroit Truck Manufacturing, LLC, AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, and AIP/CHC Investors, LLC hereby notify the Panel of the following potential tag-along action:

> *City of Belleville, Illinois v. REV Group, Inc., et al.*, 3:26-cv-01228 (S.D. Ill. filed August 27, 2026)

This action shares common questions of fact and law with the actions pending in MDL No. 3179. The potential tag-along action is listed in the attached Schedule of Actions. The docket sheet and complaint for the potential tag-along action are attached as Exhibit A.

Dated: September 1, 2026

Respectfully submitted,

/s/ *Reid Schar*

Reid Schar
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105

(628) 267-6800
rschar@jenner.com

Douglas E. Litvack
Jariel A. Rendell
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 637-6357
dlitvack@jenner.com
jrendell@jenner.com

Jacob P. Wentzel
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

*Counsel for Defendants Oshkosh Corporation, Pierce Manufacturing, Inc., and Maxi-Métal, Inc.*

/s/ *Arthur J. Burke*
Arthur J. Burke
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Sean Stefanik
DAVIS POLK & WARDWELL LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
sean.stefanik@davispolk.com

*Counsel for Defendants REV Group, Inc., E-One, Inc., Kovatch Mobile Equipment Corp., KME Global, LLC, KME Holdings, LLC, KME RE Holdings, LLC, Ferrara Fire Apparatus, Inc., FFA Holdco, Inc., FFA Acquisition Co., Inc., Ferrara Fire Apparatus Holding Company, Inc., Spartan Fire, LLC, Smeal SFA, LLC, Smeal LTC, LLC, Smeal*

*Holding, LLC, and Detroit Truck Manufacturing, LLC*

/s/ *Paul C. Cuomo*

Paul C. Cuomo
Ed Duffy
Megan Tankel
Alexander Kraszewski
BAKER BOTTS LLP
700 K Street, NW
Washington, DC 20001
(202) 639-7700
paul.cuomo@bakerbotts.com
ed.duffy@bakerbotts.com
megan.tankel@bakerbotts.com
alexander.kraszewski@bakerbotts.com

*Counsel for Defendants AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, AIP/CHC Holdings, LLC, AIP CF IV, LLC, and AIP/CHC Investors, LLC*